WARRANT FOR ARREST IN ACTION IN REM

UNITED STATES OF AMERICA
WESTERN DISTRICT OF PENNSYLVANIA:		SS:		CIVIL ACTION NO. 2:24cv1309

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the United States Secret Service - GREETING:

WHEREAS, a Verified Complaint for Forfeiture has been filed in the United States District Court for the Western District of Pennsylvania on the 16th day of September, 2024 entitled:

United States of America,

    Plaintiff,

        vs.		Civil Action No. 2:24cv1309

$355,168.21 FROM BMO BANK ACCOUNT IN THE
NAME OF JENNIFER TOY AND ENDING
IN 5425

$285,000.81 FROM BMO BANK ACCOUNT IN THE
NAME OF TOY FILMS LLC AND ENDING
IN 5939,
    Defendant.

upon an admiralty and maritime claim for FORFEITURE for the reasons and causes in the Verified Complaint for Forfeiture mentioned and praying for process of warrant for the arrest of the defendant property and that all persons interested in the defendant property may be cited in general and special to answer the promises; and all proceedings being had, that the defendant property may for the causes in the Verified Complaint for Forfeiture be forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

    You are hereby commanded to seize and to take possession of the defendant property, thereby arresting it, until further order of the Court respecting the same.

    You are hereby further commanded to give due notice to all persons claiming an interest in the defendant property, or knowing or having anything to say why the same should not be forfeited to the United States pursuant to the Verified Complaint for Forfeiture, that they must file their verified statements (claims) with the Clerk of the United States District Court for the Western District of Pennsylvania, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219, with service of same upon the United States Attorney, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219, within 35 days after the execution of this process or within such additional time as may be allowed by the Court, and must file their answers to the Verified Complaint for Forfeiture with the Clerk, with service upon the United States Attorney, within 21 days after the filing of their verified statements (claims), pursuant to 18 U.S.C. § 983(a)(4) and Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Any Agent or Contractor of the United States Secret Service shall have the authority to carry out the duties under this Warrant of Arrest.

WITNESS, The Honorable <u>William Stickman,</u> Judge of said Court, this <u>  20th  </u> day of <u>    September    </u>, in the year of our Lord Two Thousand and Twenty-Four (2024), and of our independence Two Hundred Forty-Nine (249).

CLERK OF COURT

242009

<u>09/20/2024            </u>                            <u>  *Brandy S. Lonchena*      jd        </u>

"F cvg"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""

Signature of Clerk or Deputy Clerk

NOTE:  Claimant is required to file a claim in the Clerk's Office of the United States District Court for the Western District of Pennsylvania, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219 and to file in the Clerk's Office an answer or response to said complaint within the time above fixed; otherwise the United States District Court may order the interlocutory sale, the final order of forfeiture, or other relief as may be just and proper.

This warrant is issued pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.